937 A.2d 976

MICHAEL P. MCDANIEL, PLAINTIFF–PETITIONER, v. COUNTY
OF OCEAN, OCEAN COUNTY BOARD OF CHOSEN
FREEHOLDERS, DEFENDANT–RESPONDENT.

December 7, 2007.

Denied.